IN THE SUPREME COURT OF THE STATE OF NEVADA

DOUGLAS JOSEPH HERICH,
Petitioner,
vs.
THE FIFTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF NYE,
Respondent,
    and
THE STATE OF NEVADA; AND NYE
COUNTY SHERIFF'S OFFICE,
SHARON WEHRLY,
Real Parties in Interest.

No. 79731

FILED

OCT 2 8 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
        DEPUTY CLERK

*ORDER DENYING PETITION FOR A WRIT OF HABEAS CORPUS*

This is an original pro se postconviction petition for a writ of habeas corpus in which petitioner alleges ineffective assistance of trial counsel and makes arguments relating to the merits of his criminal conviction.

A challenge to a judgment of conviction must be raised in a postconviction petition for a writ of habeas corpus filed in the district court in the first instance. *See* NRS 34.724; NRS 34.738; NRAP 22. Therefore, without deciding the merits of the claims raised herein, we determine that our intervention is not warranted, *see* NRAP 21(b); *Pan*

19-44180

*v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004) ("Petitioner[ ] carr[ies] the burden of demonstrating that extraordinary relief is warranted."). Accordingly, we

ORDER the petition DENIED.

_____ , C.J.
Gibbons

_____ , J.
Pickering

_____ , J.
Hardesty

cc:     Douglas Joseph Herich
        Attorney General/Carson City
        Nye County District Attorney
        Nye County Clerk